# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>GELACIO AYALA,<br><br>                Defendant. | Criminal Case No. 01cr3611-BTM<br><br>ORDER RE: CJA VOUCHER |

      This matter came before the court on the application of Lynn H. Ball, Esq. for approval of his CJA voucher in the amount of $2,133.80 in fees and expenses of $252.20, for representing the defendant in the above-captioned case. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a defendant in a supervised release violation is $1,500.00 unless the court finds that the representation was extended or complex.

      After reviewing the record and Mr. Ball's letter dated November 30, 2007, which is attached to the voucher, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the voucher in the amount of $2,133.80 in fees and expenses of $252.20, for a total amount of $2,386.00.

      Approval of such payment by the Chief Judge of the Ninth Circuit, or one of his delegates, is also necessary.

      **IT IS SO ORDERED**.

DATED: December 26, 2007

                                                                        _____<br>
                                                                      Honorable Barry Ted Moskowitz<br>
                                                                      United States District Judge